

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

02 1R          $ 00.26⁵
0006557458   DEC 16 2014
MAILED FROM ZIP CODE 78701

**12/10/2014**
**YOUNG, JASON WAYNE    Tr. Ct. No. 007-1801-09-A          WR-82,568-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

Return To Sender
Inmate No Longer Here

Released
3/14/12

JASON WAYNE YOUNG
- TDC # 1625199